# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **JOHN E. PARK** | * | **CIVIL NO. 05-00115** |
| **VERSUS** | * | **JUDGE HAIK** |
| **STOCKSTILL BOAT RENTALS, INC.** | * | **MAGISTRATE METHVIN** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RULING

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the court is the 12(B)(6) Motion to Dismiss Plaintiff's Claim for Punitive/Exemplary Damages [9], filed on behalf of the defendant, Stockstill Boat Rentals, Inc. After considering the Motion and responses thereto, and being fully apprized of the premises thereof, the Court hereby **GRANTS** the defendant's Motion. *See Guevara v. Maritime Overseas Corp.*, 59 F.3d 1496 (5th Cir. 1995).

IT IS THEREFORE ORDERED AND ADJUDGED that the plaintiff's claim for exemplary damages for the defendant's alleged failure to provide maintenance and cure benefits is hereby dismissed.

THUS DONE AND SIGNED in Lafayette, Louisiana, on the ____ day of _August_, 2005.

_____
Chief Judge Richard T. Haik, Sr.
United States District Court
Western District of Louisiana